AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Sabrina Houdeshell, )<br>*Plaintiff* )<br>v. )<br>Council on Rural Service Programs, Inc. et al, )<br>*Defendant* ) | Civil Action No. 3:23-cv-00281 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Matter is dismissed and terminated on the Court's docket pursuant to the Court's Entry and Order Granting Defendants' Motion for Summary Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose _____ on a motion for

Date: 1/8/2025

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk